# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: Application for Exemption from the Electronic Public Access Fees for Law Student Kacyn Fujii University of Michigan Law School | ) ) ) ) ) ) | Miscellaneous Business Docket No. 20-mc-91503-FDS |

## ORDER

This matter is before the Court upon the application and request by Law Student Kacyn Fujii for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Kacyn Fujii, an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ms. Fujii has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Ms. Fujii shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court. Ms. Fujii is researching two-sided markets and the Amex case from 2018 and would like to search PACER to see what impact Amex is having on new antitrust cases. More specifically, she is searching dockets to see if there are more defendants that either cite to Amex or mention "two-sided markets" or "two-sided platforms" in their briefs. This information is for Ms. Fujji's student note as a student at the University of Michigan Law School. Ms. Fujii shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

i. this fee exemption applies only to Ms. Fujii and is valid only for the purposes stated above;
ii. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
iii. by accepting this exemption, Ms. Fujji agrees not to sell for profit any data obtained as a result of receiving this exemption;
iv. Ms. Fujji is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
v. this exemption is valid until December 31, 2020.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: October 6, 2020  /s/ F. Dennis Saylor
F. Dennis Saylor IV
Chief Judge, United States District Court